Carl Wesley SCOTT

v.

UNITED STATES of America.

No. 6396.

United States Court of Appeals
Tenth Circuit.

June 4, 1960.

Stephen E. Connor, Denver, Colo., for appellant.

Paul W. Cress, U. S. Atty., and Erwin A. Cook, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

TIDEWATER OIL COMPANY

v.

Dennis F. WALLER.

No. 6409.

United States Court of Appeals
Tenth Circuit.

June 25, 1960.

Covington & Gibbon, Tulsa, Okl., for appellant.

Floyd L. Walker, Tulsa, Okl., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellee, on the ground that the order appealed from was an order granting a motion for a new trial and was not a final and appealable order.

SAPULPA TYPOGRAPHICAL UNION NO. 619, OF INTERNATIONAL TYPOGRAPHICAL UNION,

v.

Edwin A. ELLIOTT, Regional Director of the Sixteenth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board.

No. 6310.

United States Court of Appeals
Tenth Circuit.

June 30, 1960.

Thomas A. Wallace, Sapulpa, Okl., and Gerhard Van Arkel, Washington, D. C., for appellant.

Thomas J. McDermott, Assoc. Gen. Counsel, and Winthrop A. Johns, Asst. Gen. Counsel, Washington, D. C., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.